# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3512
LT Case No. 2005-CF-002936-A

_____

KENNETH M. ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Kenneth M. Robinson, Mayo, pro se.

James Uthmeier, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.


October 7, 2025


PER CURIAM.

AFFIRMED.


MAKAR, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____